United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Timothy Scott Fraley  
    Debtor

Case No. 18-03136-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: LyndseyPr    Page 1 of 1    Date Rcvd: Aug 14, 2018  
                  Form ID: ordsmiss    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.  
db           +Timothy Scott Fraley,    88 Bybrook Road,    Williamsport, PA 17701-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                           TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Scott Fraley,            Chapter     13

    **Debtor 1**

                                        Case No.     4:18–bk–03136–JJT

## Order

    **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated July 30, 2018.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: August 14, 2018                                            By the Court,

                                                                                      Honorable John J. Thomas
                                                                                      United States Bankruptcy Judge
                                                                                      By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)